NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROBERT P. TEELING,           )
                              )
          Appellant,      )
                              )
v.                        )      Case No. 2D17-194
                              )
GREEN TREE SERVICING, N.A.,    )
                              )
          Appellee.       )
_____)

Opinion filed March 14, 2018.

Appeal from the Circuit Court for Pasco
County; Declan Mansfield, Judge.

Mark P. Stopa of Stopa Law Firm, Tampa
(withdrew after briefing); and Latasha Scott
of Lord Scott, PLLC, Tampa (withdrew after
briefing).

Robert P. Teeling, pro se.

John D. Cusick of Phelan Hallinan Diamond
& Jones, PLLC, Fort Lauderdale, for
Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, BLACK, and SALARIO, JJ., Concur.